**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL KENT, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00991-GBW |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| DESKTOP METAL, INC., RIC FULOP, BILAL ZUBERI, DAYNA GRAYSON, JAMES EISENSTEIN, JEFF IMMELT, SCOTT DUSSAULT, STEPHEN NIGRO, STEVE PAPA, and WEN HSIEH, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 5, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*